1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

LORRIE SPARKS,

Case No.: 3:23-cv-00485-ART-CSD

11

Plaintiff,

12
vs.

**ORDER APPROVING**

13

LANDER COUNTY SCHOOL DISTRICT,

**STIPULATION TO EXTEND
BRIEFING SCHEDULE ON
MOTION TO DISMISS**

14

Defendant.

15

**(First Request)**

16          Lorrie Sparks ("Plaintiff") and Lander County School District ("Defendant"; collectively

17   with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate

18   and agree as follows:

19          On December 8, 2023, Defendant filed its Motion to Dismiss (ECF No. 8). Given the

20   upcoming holidays, a previously scheduled vacation by Defendant's counsel, and an impending

21   change to a new case management software system by Plaintiff's counsel, the Parties are seeking

22   an extension to the briefing schedule on the Motion to Dismiss. Based on the foregoing, the parties

23   stipulate and agree that Plaintiff shall have until **January 5, 2024** in which to file her response in

24   opposition to the Motion to Dismiss, and Defendant shall have until **January 19, 2024** in which

25   to file a reply brief in support of its Motion to Dismiss.

26   / / /

27   / / /

28

{06694128 / 2}

This stipulation is sought in good faith. This is the first request for an extension of these deadlines.

**ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing, **IT IS HEREBY ORDERED**:

1.        Plaintiff shall have until **January 5, 2024** in which to file a response in opposition to the Motion to Dismiss.

2.        Defendant shall have until **January 19, 2024** in which to file a reply brief in support of its Motion to Dismiss.

**IT IS SO ORDERED.**

_____
Anne R. Traum, U.S. District Court Judge

December 18, 2023
_____
DATE