MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
STEPHANIE D. BEDKER ESQ.
Nevada Bar No. 14169
**FREEMAN MATHIS & GARY, LLP**
770 East Warm Springs Road, Suite 360
Las Vegas, NV 89119
Tel.: 725.258.7360
Fax: 833.336.2131
Michael.Edwards@fmglaw.com
Stephanie.Bedker@fmglaw.com
*Attorneys for Defendant*
*Lander County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORRIE SPARKS,<br><br>        Plaintiff,<br><br>vs.<br><br>LANDER COUNTY SCHOOL DISTRICT,<br><br>        Defendant. | Case No.: 3:23-cv-00485-ART-CSD<br><br>**ORDER APPROVING STIPULATION AND ORDER TO EXTEND DEADLINE IN WHICH TO FILE STIPULATION FOR DISMISSAL**<br><br>**(Second Request)** |

Lorrie Sparks ("Plaintiff") and Lander County School District ("Defendant"; collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

The Parties reached an oral settlement agreement at a virtual Early Neutral Evaluation session on March 7, 2024. The Court subsequently ordered the parties to file a Stipulation for Dismissal with Prejudice by Monday, April 22, 2024. *See* Minutes of Proceeding, ECF No. 22. The Parties are seeking a short extension in which to file the Stipulation for Dismissal to permit time for the Lander County School Board to vote on the final written agreement. Accordingly, the Parties respectfully request an extension in which to file the Stipulation for Dismissal until **Thursday, May 16, 2024**.

/ / /

/ / /

{06694128 / 2}

This stipulation is sought in good faith. This is the second request for an extension of this deadline.

**IT IS SO STIPULATED.**

DATED this 6th day of May 2024.                    DATED this 6th day of May 2024.

**FREEMAN MATHIS & GARY, LLP**              **SIMONS HALL JOHNSTON PC**

 /s/ Michael M. Edwards_____            /s/ Jonathan A. McGuire_____
Michael M. Edwards, Esq. (NBN 6281)            Anthony L. Hall, Esq. (NBN 5977)
Stephanie D. Bedker, Esq. (NBN 14169)          Jonathan A. McGuire, Esq. (NBN 15280)
770 East Warm Springs Road, Suite 360          690 Sierra Rose Dr.
Las Vegas, NV 89119                            Reno, NV 89511

*Attorneys for Defendant*                       *Attorneys for Plaintiff*
*Lander County School District*                 *Lorrie Sparks*

### ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** the parties will have until and including **May 16, 2024** in which to file a Stipulation for Dismissal with Prejudice

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

May 7, 2024
DATE

Respectfully submitted by:

**FREEMAN MATHIS & GARY, LLP**

 /s/ Michael M. Edwards_____
Michael M. Edwards, Esq. (NBN 6281)
Stephanie D. Bedker, Esq. (NBN 14169)
770 East Warm Springs Road, Suite 360
Las Vegas, NV 89119
*Attorneys for Defendant*