# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LORRIE SPARKS,<br><br>        Plaintiff,<br><br>vs.<br><br>LANDER COUNTY SCHOOL DISTRICT,<br><br>        Defendant. | CASE NO.:   3:23-cv-00485-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION TO EXTEND DEADLINE IN WHICH TO FILE STIPULATION FOR DISMISSAL<br><br>**(Third Request)** |

Lorrie Sparks ("Plaintiff") and Lander County School District ("Defendant"; collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

The Parties reached an oral settlement agreement at a virtual Early Neutral Evaluation session on March 7, 2024. The Court subsequently ordered the parties to file a Stipulation for Dismissal with Prejudice by Monday, April 22, 2024. *See* Minutes of Proceeding, ECF No. 22. The settlement was finalized May 14, 2024. Plaintiff is waiting for transmittal of the settlement funds before dismissing the matter. The Parties are seeking a short extension in which to file the Stipulation for Dismissal to permit time for the Defendant or its agent to transmit those funds to Plaintiff and for funds to clear. Accordingly, the Parties respectfully request an extension in which to file the Stipulation for Dismissal until **Monday, June 3, 2024.**

This stipulation is sought in good faith. This is the third request for an extension of this deadline.

**IT IS SO STIPULATED.**

DATED this 15th day of May 2024.

BY: /s/ *Stephanie D. Bedker*
Michael M. Edwards, Esq. (NBN 6281)
Stephanie D. Bedker, Esq. (NBN 14169)
Freeman Mathis & Garry, LLP
770 East Warm Springs Road., Ste. 360
Las Vegas, NV 89119
Michael.Edwards@fmglaw.com
Stephanie.Bedker@fmglaw.com
*Attorneys for Defendants*
*Lander County School District*

DATED this 15th day of May 2024.

BY: /s/ *Anthony L. Hall*
Anthony L. Hall, Esq. (NBN 5977)
Jonathan A. McGuire (NBN 15280)
Simons Hall Johnston PC
690 Sierra Rose Drive
Reno, Nevada 89511
Tel: (775) 785-0088
ahall@shjnevada.com
jmcguire@SHJNevada.com
*Attorneys for Plaintiff*
*Lorrie Sparks*

**ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** the parties will have until and including June 3, 2024, in which to file a Stipulation for Dismissal with Prejudice.

**IT IS SO ORDERED.**

**ANNE R. TRAUM**
**UNITED STATES DISTRICT JUDGE**

DATED: May 16, 2024