1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORRIE SPARKS, | CASE NO.:   3:23-cv-00485-ART-CSD |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| | **STIPULATION FOR** |
| LANDER COUNTY SCHOOL DISTRICT, | **DISMISSAL WITH PREJUDICE** |
| Defendant. | |

        Plaintiff LORRIE SPARKS ("Ms. Sparks" or "Plaintiff"), and Defendant LANDER COUNTY SCHOOL DISTRICT ("Defendant" or "LCSD"), by and through their respective counsel of record, hereby agree and stipulate that all claims that were asserted in this action shall be

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1   dismissed with Prejudice, with each party to bear their own attorney's fees and costs.

2

3   DATED this 3rd day of June 2024.            DATED this 3rd day of June 2024.

4   BY: /s/ *Stephanie D. Bedker*              BY: /s/ *Jonathan A. McGuire*
        Michael M. Edwards, Esq.                   Anthony L. Hall, Esq.
5       Stephanie D. Bedker, Esq.                  Jonathan A. McGuire
        Freeman Mathis & Gary, LLP                 Simons Hall Johnston PC
6       770 East Warm Springs Road., Ste. 360      690 Sierra Rose Drive
        Las Vegas, NV 89119                        Reno, Nevada 89511
7       Michael.Edwards@fmglaw.com                 Tel: (775) 785-0088
        Stephanie.Bedker@fmglaw.com                ahall@shjnevada.com
8       *Attorneys for Defendant*                  jmcguire@SHJNevada.com
        *Lander County School District*            *Attorneys for Plaintiff*
9

10

11

12                          **IT IS SO ORDERED.**

13

14

15   _____
     Anne R. Traum
16   United States District Judge

17   DATED: June 26, 2024

18

19

20

21

22

23

24

25

26

27

28